**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CENTENNIAL BANK, successor in
interest to WAKULLA BANK,

    Plaintiff,

vs.                               CASE NO. 4:11-cv-369-RH-CAS

JAMES T. RODDENBERRY d/b/a
THE JAMES T. RODDENBERRY
LAND COMPANY; JAMES
T. RODDENBERRY, individually;
KIMBERLY S. RODDENBERRY; and
HAMAKNOCKERS LTD. CO.

    Defendants.

---

## CHARGING ORDER
## (as to Titan Development Co., LLC)

THIS CAUSE having come before the Court on Plaintiff's Motion for Charging Order against the interest of Defendant, James T. Roddenberry, in the Florida limited liability company known as TITAN DEVELOPMENT CO., LLC, and the Court having reviewed the motion and pleadings of record, and being otherwise fully advised in the premises, it is

ORDER AND ADJUDGED that:

1.     The interest of Defendant, James T. Roddenberry, as member in Titan Development Co., LLC, a Florida limited liability company, is hereby subjected to an encumbrance, lien and charging order in favor of and for the benefit of Plaintiff, Centennial Bank.

2.     Within 30 days from the date of this order, Defendant, James T. Roddenberry, shall file with the Clerk of the Court a sworn answer reporting all amounts distributed or payable to said Defendant at the time of service of this order and at all subsequent times attributable to

any interest owned in Titan Development Co., LLC; and in the sworn answer and report of said Defendant shall state the value, at the time of service of this order and at all subsequent times, of both the capital and the income amounts attributable to the interest of said Defendant in Titan Development Co., LLC.

       3. Plaintiff shall serve a certified copy of this Order on Titan Development Co., LLC and such service shall constitute notice of this charging lien on Defendant, James T. Roddenberry's interest as a member in or owner of any interests in Titan Development Co., LLC.

       4. Titan Development Co., LLC shall within 30 days of service of this Charging Order provide to Plaintiff's counsel an accounting of all capital, income, profits and/or any other moneys due or that become due to Defendant, James T. Roddenberry, from Titan Development Co., LLC.

       5. Titan Development Co., LLC shall upon service of this Charging Order and thereafter until the sum of $956,990.36 plus accrued interest is paid in full, pay to Centennial Bank, c/o Stephen A. Pitre, Esquire, Post Office Box 13010, Pensacola, FL 32591-3010, all such capital, income, profits and/or any other moneys due or that become due to Defendant, James T. Roddenberry, from Titan Development Co., LLC.

       6. This Court reserves jurisdiction to enter all further orders as may be necessary, including, but not limited to sanctions for any failure to comply with the provisions set forth herein, for the appointment of a receiver or for the foreclosure of Plaintiff's lien granted by this Charging Order.

       SO ORDERED on January 3, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge