**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CENTENNIAL BANK, etc.,

    Plaintiff,

v.                        CASE NO. 4:11cv369-RH/CAS

JAMES T. RODDENBERRY d/b/a
THE JAMES T. RODDENBERRY
LAND COMPANY;
JAMES T. RODDENBERRY individually;
KIMBERLY S. RODDENBERRY; and
HAMAKNOCKERS LTD. CO.,

    Defendants.

_____/

**ORDER ON TITAN DEVELOPMENT'S
<u>REQUEST FOR ATTORNEY'S FEES</u>**

Garnishee Titan Development Co., LLC has asked for the $100 deposit for attorney's fees posted by the plaintiff under Florida Statutes §77.28. Upon consideration,

IT IS ORDERED:

Unless a party files a notice of objections by March 13, 2014, the clerk must disburse to the Titan Development Co., LLC, in care of its attorney, the $100 deposit filed by the plaintiff in connection with this writ.

SO ORDERED on January 30, 2014.

s/Robert L. Hinkle
United States District Judge